UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| RANDY ROSEN, *as Administrator of the Estate of Rita Rosen (Deceased)* | : : : : | CASE NO. 1:21-cv-02104 OPINION & ORDER [Resolving Doc. 26] |
| Plaintiff, | : : | |
| v. | : : | |
| MONTEFIORE, et al., | : : | |
| Defendants. | : | |

|  |  |  |
|---|---|---|
| RUBY CONNER, *as Administrator of the Estate of Frank S. Conner (Deceased)* | : : : : | CASE NO. 1:21-cv-02108 OPINION & ORDER [Resolving Doc. 33] |
| Plaintiff, | : : | |
| v. | : : | |
| MONTEFIORE, et al., | : : | |
| Defendants. | : : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs filed suit against a nursing home and its employees in the Cuyahoga County Court of Common Pleas.[1]  Defendants removed to federal court based on federal question jurisdiction and federal officer removal.[2]  This Court granted Plaintiffs' remand motions on January 31, 2022.[3]

Defendants now request a 30-day stay of enforcement of the Court's remand order to

---

[1] Doc. 1-2 (Case No. 1:21-cv-02104); Doc. 1-2 (Case No. 1:21-cv-02108).
[2] Docs. 1, 13 at 19–20 (Case No. 1:21-cv-02104); Docs. 1, 22 at 19–20 (Case No. 1:21-cv-02108); 28 U.S.C. §§ 1331, 1441(a), 1442(a)(1), 1446.
[3] Doc. 23 (Case No. 1:21-cv-02104); Doc. 31 (Case No. 1:21-cv-02108).

Case Nos. 1:21-cv-02104; 1:21-cv-02108
GWIN, J.

provide Defendants an opportunity to file a Notice of Appeal.[4]

Rule 62(a) provides that "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, unless the court orders otherwise."[5]  Rule 54(a) defines a judgment as including "any order from which an appeal lies."[6]  An order remanding a case removed under the federal officer removal statute is reviewable on appeal.[7]

Accordingly, the Court **VACATES** the judgments in these related cases, **REINSTATES** the matters, **RECALLS** the papers delivered to the State courts on remand, and **STAYS** further proceedings pending appeal or until March 2, 2022 if Defendants do not appeal.

IT IS SO ORDERED.

Dated: February 17, 2022                          s/      *James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE

---

[4] Doc. 26 (Case No. 1:21-cv-02104); Doc. 33 (Case No. 1:21-cv-02108)
[5] Fed. R. Civ. P. 62(a).
[6] Fed. R. Civ. P. 54(a).
[7] 28 U.S.C. § 1447(d).